**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JOSE HUMBERTO GANDARA**

**v.** **Civil No. 1:26cv92-HSO**

**UNITED STATES OF AMERICA**

**AND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 1:20cr99-HSO-RPM-1**

**JOSE HUMBERTO GANDARA**

# FINAL JUDGMENT

For the reasons given in the Order denying Defendant Jose Humberto Gandara's Motion [85] to Vacate under 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED**.

**SO ORDERED**, this the 23rd day of October, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE